ADAMS *v.* PARK, Judge.

HINES, J. The majority of this court are of the opinion that there is no merit in the assignments of error in the bill of exceptions. This being true, the petition for mandamus absolute should not be granted.

*Mandamus absolute denied. Russell, C. J., and Atkinson, J., dissent.*

No. 8083. OCTOBER 29, 1930. REHEARING DENIED DECEMBER 9, 1930.

*J. B. & T. R. Burnside* and *Pierce Brothers,* for the applicant.